```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE QUEZADA, on behalf of himself and all                  :
others similarly situated,                                  :
                                                            :
                                    Plaintiff,              :       21-CV-4517 (VSB)
                                                            :
                  -against-                                 :            ORDER
                                                            :
4 ALL PROMOS, LLC,                                          :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 19, 2021. (Doc. 1). On June 24, 2021, I granted Defendant's first request for a 45-day extension to file its answer. (Doc. 9). On August 12, 2021, I granted Defendant's second request for an extension to file an answer, which rendered Defendant's answer due by September 8, 2021. (*See id.*) Defendant never responded to the complaint or made a further request for an extension. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 22, 2021. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2021
              New York, New York

                                                              _____
                                                              VERNON S. BRODERICK
                                                              United States District Judge