UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSE QUEZADA, on behalf of himself and all :
others similarly situated, :
:
                  Plaintiff,  :      21-CV-4517 (VSB)
:
        -against-  :         **ORDER**
:
4 ALL PROMOS, LLC, :
:
                Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on May 19, 2021. (Doc. 1). On June 24, 2021, I granted Defendant's first request for a 45-day extension to file its answer. (Doc. 9). On August 12, 2021, I granted Defendant's second request for an extension to file an answer, which rendered Defendant's answer due by September 8, 2021. (*See id.*) Defendant never responded to the complaint or made a further request for an extension. On October 6, 2021, I directed Plaintiff to seek a default judgment "by no later than October 22, 2021," and cautioned that failure to do so would result in dismissal "for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 12.) That deadline has passed, and Plaintiff failed to seek a default judgment.

      Accordingly, this action is dismissed pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   October 25, 2021
           New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge